UNITED STATES HOTEL CO., INC., Respondent, *v.* CITY OF SARATOGA SPRINGS et al., Appellants.

Argued June 9, 1937; decided July 13, 1937.

*Theodore A. Knapp* and *Francis E. Dorsey* for appellants.

*John A. Slade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.